725 A.2d 1116

IN THE MATTER OF BARBARA K. LEWINSON,
AN ATTORNEY AT LAW.

March 24, 1999.

### ORDER

The Disciplinary Review Board on December 7, 1998, having filed with the Court its decision concluding that **BARBARA K. LEWINSON** of **EAST BRUNSWICK,** who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1 (neglect), *RPC* 1.4(a) and (b) (failure to keep client informed or to adequately explain a matter), *RPC* 3.3(a)(1) (false statement of material fact or law to a tribunal), *RPC* 3.5(c) (conduct intended to disrupt a tribunal), *RPC* 4.1(a)(1) (false statement of material fact or law to a third person in the course of representing a client), *RPC* 5.5 (practicing law in a jurisdiction where doing so violates the regulation of the legal professional in that jurisdiction), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **BARBARA K. LEWINSON** is suspended from the practice of law for a period of six months, and until further Order of the Court, effective April 19, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.